# GEORGE MELDRUM AND WILLIAM PARK, LATE MERCHANTS IN COMPANY UNDER THE FIRM OF MELDRUM & PARK

v.

## ADAM BROWN

1805

### JOURNAL ENTRIES

1. Judgment . . . . . . . . . . *Journal, infra,* *p. 4

### PAPERS IN FILE

1. Capias ad respondendum . . . . . . . . . *Printed in Vol. 2*
2. Declaration . . . . . . . . . . . "
3. Statement of accounts (1800–1809) . . . . . . . . . . .